**93–569.** State v. Simko. *Lorain County,* No. 91CA005214. On motion for stay of execution pending decision of the United States Supreme Court on petition for certiorari. Motion granted.

**93–1021.** Hamilton v. State Emp. Relations Bd. *Franklin County,* Nos. 92AP–1345 and 92AP–1346. On motion to dissolve/lift stay. Motion granted.

**94–2161.** Toledo Blank, Inc. v. Pioneer Steel Serv. Co. *Lucas County,* No. L–92–362. On motion for continuance of stay pending completion of settlement. Motion granted.

DOUGLAS, J., concurs, provided this is the last continuance granted to the parties.

RESNICK, J., not participating.

## DISCIPLINARY DOCKET

**92–2323.** Cincinnati Bar Assn. v. Doerger. On motion for restraining order and/or protection order. Motion denied.

**95–422.** In re Pansiera. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Terry A. Pansiera of Cincinnati, Ohio, Attorney Registration No. 0017819, is indefinitely suspended from the practice of law.

*Thursday, March 9, 1995*

## MERIT DOCKET

**94–2407 and 94–2420.** State ex rel. Optimum Technology, Inc. v. Fisher.

DLZ Corp. v. Fisher.

In Mandamus and Prohibition.

On motion to dismiss counterclaim of intervenor; motion to dismiss counterclaim of intervenor by DLZ Corp. et al.; motion to dismiss on suggestion of mootness by Attorney General; amended motion for protective order and to quash subpoena by James Conrad; motion to stay proceedings and discovery pending ruling on suggestion of mootness by Attorney General; motion to dismiss counterclaim of intervenor by Optimum Technology, Inc.; motion to dismiss counterclaim of intervenor; amended motion for protective order and to quash subpoena of James Conrad filed by James Conrad; motion to stay proceedings and discovery pending ruling on suggestion of mootness; and motion to dismiss on suggestion of mootness.

Motions to dismiss by Attorney General granted and all other motions denied as moot.

Causes dismissed.

DOUGLAS, WRIGHT, RESNICK and COOK, JJ., concur.

MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent.